THE HANOVER FIRE INSURANCE COMPANY, Respondent, *v.* THE GERMANIA FIRE INSURANCE COMPANY, Respondent, ALEXANDER STODDART, Appellant.

(Argued April 24, 1888, decided June 5, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 15, 1887, which modified, and affirmed as modified, an order of Special Term making allowances to the attorney for the defendants and to the receiver in the above-entitled action.

*John S. Auerbach* for appellant.

*William G. Wilson* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

SUSAN F. PLATT, *v.* ANNIE R. PLATT et al.

(Submitted April 24, 1888, decided June 5, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 23, 1888, which reversed an order of the Special Term denying a motion of the defendant, Nathan C. Platt, for leave to file exceptions to the report of the referee, and reversed an order granting a motion to have the exceptions filed by said Nathan C Platt declared to be filed too late, and ordered that said defendant be permitted to file said exceptions.

*Edward S. Clinch* for Aaron A. De Grauw, appellant.

*William G. Wilson* for Nathan C. Platt, respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.